IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01313-ZLW

LAWRENCE WILLIS,
    Plaintiff,

v.

BILL OWENS, Governor of Colorado,
JOE ORTIZ, Executive Director, DOC,
JOHN/JANE DOES, Clinical Svc. Admin.,
DOLORES MONTOYA, Clinical Svc. Admin.,
JOANIE SHOEMAKER, Warden, DRDC,
DONICE NEAL, Warden of FMCC 5/04,
CARL ZEVON, Warden, FMCC,
JOHN DOE, Warden of FLCF during incar., and
JOHN DOES, past and present wardens and clinical services supervisors at any time
    during Plaintiff's incarceration,
    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 15 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff Lawrence Willis has filed *pro se* on September 7, 2006, a document

titled "Plaintiff's Response to Court's Order of Dismissal" in which he asks the Court to

reconsider and vacate the Court's Order and Judgment of Dismissal filed in this action

on August 24, 2006. The Court must construe the motion to reconsider liberally

because Mr. Willis is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-

21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons

stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the

district court of that adverse judgment, may "file either a motion to alter or amend the

judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment

pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Willis filed the motion to reconsider within ten days after the Order and *Judgment of Dismissal. See* Fed. R. Civ. P. 6(a) *(time periods of less than eleven days exclude intervening Saturdays, Sundays, and legal holidays).* Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

The Court dismissed the instant action without prejudice because Mr. Willis failed either to pay the initial partial filing fee or to show cause why he was unable to pay the initial partial filing fee. Mr. Willis alleges in the motion to reconsider that he was unable to pay the initial partial filing fee, that he arranged with family members to pay the initial partial filing fee on his behalf, and that his family members forgot to pay the initial partial filing fee because of a family crisis. Mr. Willis also has submitted with the motion to reconsider a copy of his inmate trust fund account statement.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Willis fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. Mr. Willis does not dispute the fact that he failed either to pay the initial partial filing fee or to show cause why he was unable to pay the initial partial filing fee. He still has failed to show cause why he is unable to pay the initial partial filing fee because the copy of his inmate trust fund account statement that he submitted with the motion to reconsider is not certified by a prison official. Therefore, the motion to reconsider will be denied. Mr. Willis is reminded that, because the Court dismissed the instant action without prejudice, he may pursue his claims by filing a new action if he chooses. Accordingly, it is

2

ORDERED that "Plaintiff's Response to Court's Order of Dismissal" filed on September 7, 2006, which the Court has construed liberally as a motion to reconsider the Court's Order and Judgment of Dismissal, is denied.

DATED at Denver, Colorado, this _15_ day of ___Sept.___, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   06-cv-01313-BNB

Lawrence Willis
Prisoner No. 121912
FMCC – Unit B
P.O. Box 200
Cañon City, CO 81215- 0200

        I hereby certify that I have mailed a copy of the **ORDER** to the above-named
individuals on  9/15/06

                                        GREGORY C. LANGHAM, CLERK

                                        By: _____
                                                    Deputy Clerk