IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 3 - 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01313-ZLW

LAWRENCE WILLIS,

    Plaintiff,

v.

BILL OWENS, Governor of Colorado,
JOE ORTIZ, Executive Director, DOC,
JOHN/JANE DOES, Clinical Svc. Admin.,
DOLORES MONTOYA, Clinical Svc. Admin.,
JOANIE SHOEMAKER, Warden, DRDC,
DONICE NEAL, Warden of FMCC 5/04,
CARL ZEVON, Warden, FMCC,
JOHN DOE, Warden of FLCF during incar., and
JOHN DOES, past and present wardens and clinical services supervisors at any time during Plaintiff's incarceration,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

"Plaintiff's Motion to Reconsider Dismissal" filed on October 3, 2006, is DENIED.

Dated: October 3, 2006

Copies of this Minute Order were mailed on October 3, 2006, to the following:

Lawrence Willis
Reg. No. 121912
FMCC
P.O. Box 200
Canon City, CO 81215

                                      Secretary/Deputy Clerk